UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADLIFE MARKETING & COMMUNICATIONS INC., CO.,<br><br>      Plaintiff,<br><br>  -against-<br><br>MERLIN PRINTING, INC. and PAT'S MARKETPLACE,<br><br>      Defendants. | 20-cv-9231 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.

    At an initial conference in this case, held telephonically on January 4, 2021, counsel appeared for plaintiff and for defendant Merlin Printing, Inc., and the Court ordered a case management plan that remains in place. No one appeared for codefendant Pat's Marketplace. Plaintiff then moved for default judgment against Pat's Marketplace, which was made returnable, telephonically, on January 19, 2021 at 1 p.m. In the event, no counsel appeared for any party at that date and time. Subsequently, however, plaintiff's counsel informed the Court that he anticipated that an insurance company representing Pat's Marketplace might enter the case. Be that as it may, the motion for default is hereby denied. If any counsel representing Pat's Marketplace wishes to enter the case, they will be governed by the existing case management plan.

1

SO ORDERED.

Dated:   New York, NY

        January 19, 2021                  JED S. RAKOFF, U.S.D.J.