UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

ADLIFE MARKETING &
COMMUNICATIONS CO., INC.,

                                Plaintiff,

            -against-

MERLIN PRINTING, INCORPORATED
and PAT'S MARKETPLACE,

                                Defendants.
--------------------------------------------------------------X

**ORDER SCHEDULING PRE-
SETTLEMENT TELEPHONE
CONFERENCE**

**20-CV-9231 (JSR)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

This case has been referred to me for settlement purposes (docket no. 33). A telephone

conference will be held on **Thursday, July 29, 2021 at 10:00 a.m.** in advance of a settlement

conference. The parties are directed to review Judge Parker's Individual Practices at

http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the

call. Counsel for the parties are directed to call Judge Parker's Chambers court conference line

at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267.**

        SO ORDERED.

Dated: July 1, 2021
        New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge