```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #:_____
DATE FILED:  07/29/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

ADLIFE MARKETING &
COMMUNICATIONS CO., INC.,

                                 Plaintiff,

                -against-

MERLIN PRINTING, INCORPORATED
and PAT'S MARKETPLACE,

                                Defendants.

-------------------------------------------------------------------X

**ORDER SCHEDULING**

**SETTLEMENT CONFERENCE**

**20-CV-9231 (JSR)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      A settlement conference in this matter utilizing Microsoft Teams is scheduled for

**Monday, August 16, 2021 at 2:00 p.m.**  Counsel for the parties will be sent an invitation by

Judge Parker's chambers prior to the scheduled conference date.  Corporate parties must send

the person with decision making authority to settle the matter to the conference.  The parties

are instructed to complete the Settlement Conference Summary Report and prepare pre-

conference submissions in accordance with the Judge Parker's Individual Rules of Practice.

Updated pre-conference submissions must be received by the Court no later than **August 9,**

**2021 by 5:00 p.m.**

      SO ORDERED.

Dated: July 29, 2021
      New York, New York

                        _____
                        KATHARINE H. PARKER
                        United States Magistrate Judge